Commonwealth ex rel. Smith, Appellant, *v.*
Maroney.

Submitted June 14, 1965. *William Smith,* appellant, in propria persona; *Ralph B. D'Iorio,* Assistant District Attorney, *Domenic D. Jerome,* First Assistant District Attorney, and *Jacques H. Fox,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Smith, Appellant, *v.*
Myers.

Submitted June 14, 1965. *James Smith,* appellant, in propria persona; *Joseph M. Smith,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Smith, Appellant, *v.*
Russell.

Submitted June 14, 1965. *Edward J. Smith,* appellant, in propria persona; *Benjamin H. Renshaw, Jr.,* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.